IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

QUILVONTE L. BAXTER

Case No. 2:19mj360
Court Date: August 5, 2019

CRIMINAL INFORMATION

(Misdemeanor)-Violation Notice No. 6883428

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 31, 2019, at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, QUILVONTE L. BAXTER, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

20 June 2019
_____
Date